## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

| | |
|---|---|
| JANICE PENN | * |
| Plaintiff | * |
| V. | * |
| | *   NO: 4:10CV01145 SWW |
| THE UNITED STATES OF AMERICA | * |

## ORDER

Plaintiff Janice Penn brings this action under the Federal Tort Claims Act against the United States of America. By order entered October 25, 2010, the Court stayed this case pending completion of Plaintiff's administrative appeal. Now before the Court is the parties' joint status report (docket entry #6), stating that the administrative appeal process has concluded.

IT IS THEREFORE ORDERED that the stay of proceedings in this case is hereby lifted.

IT IS FURTHER ORDERED that the United States has up to and including sixty (60) days from the entry date of this order in which to file an answer or otherwise respond to the complaint.

IT IS SO ORDERED THIS 6TH DAY OF JANUARY, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE