**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| JANICE PENN | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| V. | * | NO: 4:10CV1145 SWW |
| | * | |
| THE UNITED STATES OF AMERICA | * | |
| | * | |
| Defendant | * | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE