**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JANICE PENN                                        *
                                                   *
        Plaintiff                          *
                                                   *
V.                                                 *              NO: 4:10CV1145  SWW
                                                   *
THE UNITED STATES OF AMERICA          *
                                                   *
        Defendant                          *

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and

ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 16TH DAY OF AUGUST, 2012.


        /s/Susan Webber Wright

        UNITED STATES DISTRICT JUDGE